# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT DOLEMBA, | ) | |
| on behalf of plaintiff and the class defined below, | ) ) | |
| | ) | 13 CV 7207 |
| Plaintiff, | ) ) | |
| vs. | ) ) | Honorable Judge Kennelly<br>Magistrate Judge Kim |
| ENVIRONMENT & ENERGY PUBLISHING, LLC, | ) ) ) | |
| Defendant. | ) | |

### FED.R.CIV.P. 41(a)(1)
### <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Scott Dolemba ("Plaintiff"), hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against Defendants without prejudice, with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

    /s/ Dulijaza Clark
    Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

   I, Dulijaza Clark, certify that on December 9, 2013, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system and served upon the following parties as indicated:

**Via U.S. Mail:**
Environment & Energy Publishing, LLC
122 C Street NW, Suite 722
Washington, D.C. 20001

**Via Electronic and U.S. Mail:**
Geoffrey A. Belzer
**WILSON, ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
55 West Monroe Street. Suite 3800
Chicago, Illinois 60603
geoffrey.belzer@wilsonelser.com

            /s/ Dulijaza Clark
            Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)