## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Scott Dolemba | ) | Case No. 13 cv 7207 |
| | ) | |
| v. | ) | |
| | ) | Judge: Matthew F. Kennelly |
| | ) | |
| Environment & Energy Publishing, LLC | ) | |

## **ORDER**

     The case is dismissed without prejudice pursuant to the filing of a voluntary dismissal. The status hearing date of 12/10/2013 is vacated.

Date:  12/9/2013                                                                /s/ Matthew F. Kennelly